IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
AUG 20 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY nao, DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **-vs-** | ) | **No.** CR 25-313 G |
| **COREY MICHAEL JONES,** | ) | **Violations:** **18 U.S.C. § 922(g)(1)**<br>**21 U.S.C. § 841(a)(1)**<br>**18 U.S.C. § 924(c)(1)(A)(i)**<br>**18 U.S.C. § 924(d)**<br>**21 U.S.C. § 853**<br>**28 U.S.C. § 2461(c)** |
| **Defendant.** | ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Felon in Possession of a Firearm)

On or about April 14, 2025, in the Western District of Oklahoma,

------------------------------------ **COREY MICHAEL JONES,** ---------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically: an SCCY Industries, model CPX-2, 9mm caliber pistol, bearing serial number 877697, which was in and affecting interstate or foreign commerce in that said firearm had previously crossed state lines to reach Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(8).

**COUNT 2**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about April 14, 2025, in the Western District of Oklahoma,

---------------------------------- **COREY MICHAEL JONES** --------------------------------

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(B).

**COUNT 3**
**(Possession of a Firearm in Furtherance of a Drug-Trafficking Crime)**

On or about April 14, 2025, in the Western District of Oklahoma,

---------------------------------- **COREY MICHAEL JONES** --------------------------------

knowingly and intentionally possessed a firearm, specifically: an SCCY Industries, model CPX-2, 9mm caliber pistol, bearing serial number 877697, in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of methamphetamine with intent to distribute as charged in Count 2.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**FORFEITURE**

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 and 3 of this Indictment, **COREY MICHAEL JONES** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense(s).

Upon conviction of the offense alleged in Count 2 of this Indictment, **COREY MICHAEL JONES** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used or intended to be used, in any manner or part to commit or to facilitate the commission of such offense.

The property subject to forfeiture includes but is not limited to:

1. an SCCY Industries, model CPX-2, 9mm caliber pistol, bearing serial number 877697; and

2. any and all ammunition and magazines not specified herein.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

KALEIGH BLACKWELL
Special Assistant United States Attorney