**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-25-313-G** |
| | ) | |
| **COREY MICHAEL JONES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL**

Defendant has entered a plea of guilty to a Superseding Information. In light of that guilty plea, the United States has moved to dismiss the Indictment returned on August 20, 2025, as to Defendant Corey Michael Jones in the best interest of justice.

It is therefore ORDERED that the Indictment returned on August 20, 2025 as to Defendant Corey Michael Jones is DISMISSED.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge